## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ILDICO INC.,<br><br>    Plaintiff,<br>  v.<br><br>UNITED STATES,<br><br>    Defendant. | Court No. 18-00136 |

### ORDER OF ASSIGNMENT

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e) of the Rules of this Court, the above entitled action is assigned to the Honorable Jane A. Restani.

            /s/ Mark A. Barnett
            Mark A. Barnett
            Chief Judge

DATED: May 12, 2022