FORM 1. Notice of Appeal from a United States Federal Court (District Court, Court of Appeals for Veterans Claims, Court of Federal Claims (non-vaccine appeals), and Court of International Trade)  Form 1  March 2023

# UNITED STATES
# COURT OF INTERNATIONAL TRADE

## NOTICE OF APPEAL

Notice is hereby given that the appellant(s) listed below hereby appeal(s) the below-noted case to the United States Court of Appeals for the Federal Circuit.

Case number being appealed: Consolidated Case No: 18-00136-JAR

Case title being appealed: ILDICO, INC. v. UNITED STATES

Date of final judgment or order being appealed: 11/01/2024

**List all Appellants** (List each party filing this appeal. Do not use "et al." or other abbreviations. Attach continuation pages if necessary.)

ILDICO, Inc.

Date: December 27, 2024

Signature: *Elon A. Pollack*

Name: Elon A. Pollack, Esq.

Address: Stein Shostak Shostak Pollack & O'Hara LLP

445 S. Figueroa Street, Suite 2388

Los Angeles, CA 90071

Phone Number: (213)630-8888

Email Address: elon@steinshostak.com